**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| JEANNETTE A. OTERO-GARCIA * | |
| * | |
| Plaintiff * | |
| * | |
| v. * | **Civil No. 06-1200(SEC)** |
| * | |
| COMMONWEALTH OF * | |
| PUERTO RICO, et al. * | |
| * | |
| Defendants * | |
| ********************************* | |

**ORDER**

On February 24, 2006 Plaintiff filed the complaint in this action including La Guardia Nacional de Puerto Rico as a Co-defendant (**Docket # 1**). However, pursuant to the Federal Rules of Civil Procedure the time to serve process upon Co-defendant Guardia Nacional de Puerto Rico has expired and, to this day, Plaintiff has not provided proof of service for said Co-defendant. Therefore, as provided by Fed. R. Civ. P. 4(m), the Court is hereby **giving notice** to Plaintiff that it intends to dismiss the case against Co-defendant Guardia Nacional de Puerto Rico if proof of service is not filed **by September 8, 2006.** Any requests for an extension of time to serve process shall be timely filed before the expiration of this term, showing good cause why it should be granted.

**SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of September, 2006.

S/ Salvador E. Casellas
SALVADOR E. CASELLAS
U.S. Senior District Judge